IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMIR GABIS | : CIVIL ACTION |
| | : |
| v. | : NO. 25-6703 |
| | : |
| PHILADELPHIA PARKING | : |
| AUTHORITY, KEVIN JAMES, JOHN | : |
| DOES 1-10 | : |

## ORDER

**AND NOW**, this 5th day of February 2026, upon considering Defendant Philadelphia Parking Authority's Motion to dismiss (ECF 12), Plaintiff's Opposition (ECF 16), noting Plaintiff has yet to confirm service of process upon the Parking Enforcement Officer allegedly at the center of this dispute, and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendant Philadelphia Parking Authority's Motion (ECF 12) requiring we:

1.    **DISMISS with prejudice** Plaintiff's claims against the Philadelphia Parking Authority based on supervisory or *respondeat superior* theories and for all state law claims;

2.    **DISMISS without prejudice** Plaintiff's municipal liability *Monell* claims against the Philadelphia Parking Authority with leave to cure the deficiencies if possible under Rule 11 through a second amended Complaint filed no later than **February 19, 2026**; and,

3.    **DIRECT** Plaintiff file, by no later than **February 13, 2026,** an Affidavit of Service upon the Enforcement Officer James <u>or</u> a Notice not exceeding two pages describing either his efforts to serve a summons and the amended Complaint (ECF 6) upon Enforcement Officer James or voluntarily dismissing potential federal claims against all parties allowing us to remand.

_____
KEARNEY, J.