**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SAMIR GABIS** | **:** | **CIVIL ACTION** |
| | **:** | |
| **v.** | **:** | **NO. 25-6703** |
| | **:** | |
| **KEVIN JAMES, JOHN DOES 1-10** | **:** | |

## <u>ORDER</u>

**AND NOW**, this 24th day of March 2026, upon considering Defendant Philadelphia Parking Authority's Motion to dismiss (ECF 22) municipal liability claims in the second amended Complaint (ECF 20), Plaintiff's Opposition (ECF 23), and for reasons in today's accompanying Memorandum confirming Plaintiff has not pleaded facts allowing us to plausibly infer a basis for municipal liability after three attempts, it is **ORDERED** we **GRANT** Defendant Philadelphia Parking Authority's Motion to dismiss (ECF 22) requiring the Clerk of Court to **amend** the caption as above **dismissing** the Philadelphia Parking Authority with prejudice.

_____
**KEARNEY, J.**